UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

KINDRED REHAB SERVICES, INC. d/b/a
REHABCARE

        Plaintiff,

v.

MOUNT CARMEL HEALTH CARE, LLC
d/b/a BURLINGTON MEDICAL AND
REHAB CENTER

COLONIAL MANOR HEALTH CARE, LLC
d/b/a COLONIAL MEDICAL AND
REHABILITATION CENTER

EASTVIEW HEALTH CARE, LLC d/b/a
EASTVIEW MEDICAL AND
REHABILIATION CENTER

SAN LUIS HEALTH CARE, LLC d/b/a
MAPLE RIDGE REHAB AND CARE
CENTER

NORTH RIDGE HEALTH CARE, LLC d/b/a
NORTH RIDGE MEDICAL AND
REHABILITATION CENTER

SHERIDAN MEDICAL LLC d/b/a
SHERIDAN MEDICAL COMPLEX

WOODSTOCK HEALTH CARE, LLC d/b/a
WATERS EDGE REHAB AND CARE
CENTER

        Defendants.

Case No. 17-CV-910

# DISCLOSURE STATEMENT OF DEFENDANTS

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Eastern District of Wisconsin and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendants, furnishes the following organizational interests that are herewith disclosed:

1. Name of parties the undersigned represents in the action:

    a. Mount Carmel Health Care, LLC d/b/a Burlington Medical and Rehab Center;

    b. Colonial Manor Health Care, LLC d/b/a Colonial Manor Medical and Rehabilitation Center;

    c. Eastview Health Care, LLC d/b/a Eastview Medical and Rehabilitation Center;

    d. San Luis Health Care, LLC d/b/a Maple Ridge Rehab and Care Center;

    e. North Ridge Health Care, LLC d/b/a North Ridge Medical and Rehabilitation Center;

    f. Sheridan Medical, LLC d/b/a Sheridan Medical Complex; and

    g. Woodstock Health Care, LLC d/b/a Waters EdgeRehab and Care Center.

2. If the subject organization is a corporation:

    a. Its parent companies or corporations:

    None

    b. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock:

    None

3. Names of law firms whose attorneys will appear, or expected to appear, at this time:

1510-011

Respectfully submitted this 27th date of September 2017,

Rinehart Scaffidi & Rinehart, LLC

By:    /s/ William A. Rinehart II
           William A. Rinehart II
           State Bar No. 1055477
           Attorneys for Defendants
           P.O. Box 11975
           Milwaukee, WI 53211
            Phone: (414) 963-9303
            Fax:   (414) 963-1376
            E-Mail: warinehartii@rsmlaw.com