# Exhibit 8

| From: | Mattingly, Jim <IMCEAEX-_O=PROD+20ISHEALTH+20MESSAGING_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MATTIJ00@prod.ishealth.net> |
|---|---|
| Sent: | Wednesday, March 08, 2017 1:08 PM |
| To: | 'Judah Bienstock'; Daniels, Margie; Douthitt, James |
| Subject: | RE: VM |

Thank you Judah. Tomorrow is great. Let's plan to meet Monday after 2pm Central - I'm free from then until end of the day. I'm also in St Louis on Thursday morning and we can follow up in person if needed.

Jim Mattingly
Chief Financial Officer, Kindred Rehabilitation Services Kindred Healthcare
(w) 502.596.7135 (c) 502.296.8779
jim.mattingly@kindredhealthcare.com


-----Original Message-----
From: Judah Bienstock [mailto:judah@mgmhealthcare.com]
Sent: Wednesday, March 08, 2017 11:05 AM
To: Daniels, Margie; Mattingly, Jim; Douthitt, James
Subject: [EXTERNAL] VM

Hi Margie, I got your VM. The new credit cards will be available in next day or two and we will be paying the amounts that I gave Jim last week.
Maybe we can have a meeting next week and discuss a global payment resolution. I should be available all week.

Thank you.

Sent from my iPhone
CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s)and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.