# Exhibit 12

| From: | Judah Bienstock <judah@mgmhealthcare.com> |
|---|---|
| Sent: | Monday, July 25, 2016 12:59 PM |
| To: | Daniels, Margie; Stephen Wertman |
| Cc: | Mattingly, Jim |
| Subject: | [EXTERNAL] RE: Midwest Geriatrics - rehabcare |

Hi Margie, Michelle (treasury/cash management) is on vacation until Wednesday. I think we should set up a time to talk on Thurs afternoon so we can have a plan in place. Without Michelle's input, I can't be assured that a proposed plan would work

Thanks

Judah Bienstock
Managing Member
MGM Healthcare
6 City Place Dr., Ste. 430
St. Louis, MO 63141
Ph. 314-631-3000



Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at 314-631-3000, and destroy the original transmission and its attachments without reading them or saving them to disk.

**From:** Daniels, Margie [mailto:Marjorie.Daniels@rehabcare.com]
**Sent:** Monday, July 25, 2016 9:26 AM
**To:** Stephen Wertman <SWertman@mgmhealthcare.com>
**Cc:** Judah Bienstock <judah@mgmhealthcare.com>; Mattingly, Jim <Jim.Mattingly@kindred.com>
**Subject:** RE: Midwest Geriatrics - rehabcare

Hi Steve

I hope you and yours had a nice weekend.

In talking with both Jim Douthitt and Jim Mattingly, I understand they had a very productive meeting with Judah and Judah was going to meet with you on Friday.

What times are you available on Wednesday afternoon, July 27, 2016 to discuss repayment of past due amounts?

Best,
Margie

1

Case 2:17-cv-00910-NJ   Filed 11/17/17   Page 2 of 4   Document 28-12

**From:** Daniels, Margie [mailto:Marjorie.Daniels@rehabcare.com]
**Sent:** Wednesday, July 20, 2016 9:09 AM
**To:** Stephen Wertman
**Cc:** Judah Bienstock
**Subject:** RE: Midwest Geriatrics - rehabcare

Hi Steve,

I hope you were enjoying some vacation while you were out of the office.

I appreciate you following up with me.

If you have some time on Monday, July 25th, I would like to meet with you to discuss repayment of the two months of missed payments. Please let me know the best time and I will work around your availability.

I hope you have a good rest of your week.

Best,
Margie

**From:** Stephen Wertman [mailto:SWertman@mgmhealthcare.com]
**Sent:** Wednesday, July 20, 2016 7:33 AM
**To:** Daniels, Margie
**Cc:** Judah Bienstock
**Subject:** [EXTERNAL] RE: Midwest Geriatrics - rehabcare

Hi Margie, I got your message and sorry for the delay in getting back to you, was out of the office and still catching up. We are focused on ensuring payments get back on track for July month end.

**From:** Daniels, Margie [mailto:Marjorie.Daniels@rehabcare.com]
**Sent:** Friday, July 15, 2016 4:21 PM
**To:** Stephen Wertman
**Subject:** Midwest Geriatrics - #2652

Hi Steve,

I hope this email finds you and yours doing well.

I had left you a voicemail earlier today to follow-up on the status of the missed payments for Midwest Geriatrics accounts. Total active AR is at $9M and your note receivable is at $1.7M for a total balance of $10.7M. For your convenience I included a high level summary of Midwest Geriatrics' accounts receivable balances. The note receivable is paid as agreed, however the active AR as of July 15, 2016 is past due in the amount of $6.7M.

Would you have time to meet Tuesday afternoon to discuss the missed payments in April 2016 and in June 2016 estimated at $2.8M? I can call you or meet you in person, whichever you prefer.

Best,
**MARGIE DANIELS**
*KINDRED REHABILITATION SERVICES*
DIRECTOR, CUSTOMER FINANCIAL SERVICES
O: 314.659.2106
EMAIL: *MARGIE.DANIELS@KINDRED.COM*
OFFICE ADDRESS:
7733 FORSYTH BLVD, SUITE 1700
ST. LOUIS, MO 63105

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s)and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.