# Exhibit 14



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Burlington Medical and Rehab Center
677 E. State Street
Burlington, WI 53105

      Re:    Kindred Healthcare

Dear Administrator:

      On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and Mount Carmel Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

      To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

      RehabCare reserves all of its rights under the Agreement.

      By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

      Sincerely,

      Jason P. Zachariah
      President, RehabCare

cc:    Midwest Geriatric Management, LLC
       Mr. Jim Mattingly
       Mr. Judah Bienstock



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Colonial Manor Medical and Rehabilitation Center
1010 E. Wausau Avenue
Wausau, WI 54403

      Re:    Kindred Healthcare

Dear Administrator:

      On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and Colonial Manor Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

      To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

      RehabCare reserves all of its rights under the Agreement.

      By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

                                                        Sincerely,

                                                       Jason P. Zachariah
                                                      President, RehabCare

cc:    Midwest Geriatric Management, LLC
       Mr. Jim Mattingly
       Mr. Judah Bienstock



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Eastview Medical and Rehabilitation Center
2305 San Luis Place
c/o 729 Park Street
Antigo, WI 54409

     Re:    Kindred Healthcare

Dear Administrator:

     On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and Eastview Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

     To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

     RehabCare reserves all of its rights under the Agreement.

     By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

     Sincerely,

     Jason P. Zachariah
     President, RehabCare

cc:    Midwest Geriatric Management, LLC
       Mr. Jim Mattingly
       Mr. Judah Bienstock

680 South Fourth Street • Louisville, Kentucky 40202
502.596.7300 • KY TDD/TTY# 800.648.6057
Case 2:17-cv-00910-NJ   Filed 11/17/17   Page 4 of 8   Document 28-14



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Maple Ridge Rehab and Care Center
2305 San Luis Place
Green Bay, WI  54304

      Re:    Kindred Healthcare

Dear Administrator:

On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and San Luis Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m.  Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

RehabCare reserves all of its rights under the Agreement.

By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

    Sincerely,

    Jason P. Zachariah
    President, RehabCare


cc:    Midwest Geriatric Management, LLC
       Mr. Jim Mattingly
       Mr. Judah Bienstock



June 5, 2017

**VIA OVERNIGHT DELIVERY**

**North Ridge Medical and Rehabilitation Center**
1445 N. 7th Street
Manitowoc, WI 54220

      Re:    Kindred Healthcare

Dear Administrator:

On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and North Ridge Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

RehabCare reserves all of its rights under the Agreement.

By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

                          Sincerely,

                          Jason P. Zachariah
                          President, RehabCare

cc:    Midwest Geriatric Management, LLC
        Mr. Jim Mattingly
        Mr. Judah Bienstock



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Sheridan Medical Complex
8400 Sheridan Road
Kenosha, WI 53143

    Re:    Kindred Healthcare

Dear Administrator:

On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and Sheridan Medical, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

RehabCare reserves all of its rights under the Agreement.

By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

    Sincerely,

    Jason P. Zachariah
    President, RehabCare

cc:    Midwest Geriatric Management, LLC
       Mr. Jim Mattingly
       Mr. Judah Bienstock



June 5, 2017

**<u>VIA OVERNIGHT DELIVERY</u>**

Waters Edge Rehab and Care Center
3415 Sheridan Road
Kenosha, WI 53140

      Re:    Kindred Healthcare

Dear Administrator:

On April 4, 2017, RehabCare Group East, Inc. ("RehabCare") notified you in writing that you were in default of the Therapy Services Agreement entered into between RehabCare and Woodstock Health Care, LLC ("Facility") with an effective date of October 1, 2016 ("Agreement").

To date you have failed to meet the conditions outlined in our letter of April 4, 2017. Therefore, in accordance with Section 5(b) of the Agreement, RehabCare hereby terminates the Agreement effective June 30, 2017 at 11:59 p.m. Additionally, effective immediately, RehabCare will not treat any patients admitted to the Facility on or after June 8, 2017. RehabCare will only treat patients that were admitted prior to June 8, 2017.

RehabCare reserves all of its rights under the Agreement.

By copy of this letter, we direct you to preserve any and all information, both paper and electronic, that is in your possession, custody or control, that relates, in any way, to the Agreement between you and RehabCare Group East, Inc.

                                                              Sincerely,

                                                              Jason P. Zachariah
                                                             President, RehabCare

cc:      Midwest Geriatric Management, LLC
          Mr. Jim Mattingly
          Mr. Judah Bienstock