# Exhibit 15

**REDACTED**

**From:** Curnutte, Douglas L
**Sent:** Wednesday, June 7, 2017 6:22 PM
**To:** 'Barry Jeremias' <barryjeremias@gmail.com>
**Subject:** 2017 Jun MGM Average Monthly Billing excluding OH.pdf

Barry – I'm glad we connected on the rehab issue. Attached is the estimate from our divisional CFO. I also attached wire instructions. Our attorney is drafting a quick letter agreement extending the service and addressing the patient issue. I will forward to you once I receive.

I look forward to getting this resolved. I'm around all day tomorrow if you would like to discuss.

Thanks. Doug.


Douglas L. Curnutte
Senior Vice President, Corporate Development
Kindred Healthcare
(502) 596-7329 (direct)