# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

---

**KINDRED REHAB SERVICES, INC.**
**d/b/a RehabCare,**

    **Plaintiff**

v.                                             Case No. 17-CV-910

**MOUNT CARMEL HEALTH CARE, LLC**
**d/b/a BURLINGTON MEDICAL AND**
**REHAB CENTER, et al.,**

    **Defendants.**

---

### ORDER AMENDING SCHEDULING ORDER

---

The parties have submitted a joint motion of Plaintiff, Kindred Rehab Services, Inc. d/b/a RehabCare ("RehabCare"), and Defendants[1] to amend the Scheduling Order entered on December 14, 2017 (Docket # 33.) After reviewing the Motion,

**IT IS HEREBY ORDERED** that the Court's Scheduling Order is AMENDED as follows:

The deadline to conclude discovery is **October 18, 2018**;

The deadline to file dispositive motions and submit and update regarding the motion to sever is **November 21, 2018**.

---

[1] The "Defendants" are, collectively, Mount Carmel Health Care, LLC d/b/a Burlington Medical and Rehab Center ("Burlington"); Colonial Manor Health Care, LLC d/b/a Colonial Medical and Rehabilitation Center ("Colonial"); Eastview Health Care, LLC d/b/a Eastview Medical and Rehabilitation Center ("Eastview"); San Luis Health Care, LLC d/b/a Maple Ridge Rehab and Care Center ("Maple"); North Ridge Health Care, LLC d/b/a North Ridge Medical and Rehabilitation Center ("North Ridge"); Sheridan Medical, LLC d/b/a Sheridan Medical Complex ("Sheridan"); and Woodstock Health Care, LLC d/b/a Waters Edge Rehab and Care Center ("Waters Edge").

Dated at Milwaukee, Wisconsin this 22nd day of May, 2018.

    BY THE COURT
    *s/ Nancy Joseph*

    NANCY JOSEPH
    United States Magistrate Judge