UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

KINDRED REHAB SERVICES, LLC
d/b/a RehabCare f/k/a
KINDRED REHAB SERVICES, INC.,

    Plaintiff

v.    Case No. 2017-CV-910

MOUNT CARMEL HEALTH CARE, LLC
d/b/a BURLINGTON MEDICAL AND
REHAB CENTER, et al.,

    Defendants.

## PLAINTIFF'S NOTICE OF ENTITY NAME CHANGE

Plaintiff, Kindred Rehab Services, Inc. d/b/a RehabCare, hereby notifies the Court of its new name: Kindred Rehab Services, LLC, d/b/a RehabCare f/k/a Kindred Rehab Services, Inc.

Respectfully submitted,

| Godfrey & Kahn, S.C. | -and- |
|---|---|
| **/s/ Nina G. Beck** | Of counsel: |
| Timothy F. Nixon | Phillip A. Martin |
| State Bar No. 1013753 | Laura M. Brymer |
| Nina G. Beck | Fultz Maddox Dickens PLC |
| State Bar No. 1079460 | 101 South Fifth Street, Ste. 2700 |
| Godfrey & Kahn, S.C. | Louisville, KY 40202 |
| 833 East Michigan Street, Ste. 1800 | Telephone: (502) 588-2000 |
| Milwaukee, WI 53202-5615 | Facsimile: (502) 588-2020 |
| Telephone: (414) 273-3500 | pmartin@fmdlegal.com |
| Facsimile: (414) 273-5198 | lbrymer@fmdlegal.com |
| tnixon@gklaw.com | |
| nbeck@gklaw.com | *Counsel for Plaintiff* |

19373565.1